IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan,<br><br>    Plaintiffs,<br>v.<br><br>Dilworth Paxson, LLP, BFG Socially Responsible Investments, Ltd., Burnham Financial Group, Inc., Burnham Securities, Inc., COR Fund Advisors, LLC, GMT Duncan, LLC, Greenberg Traurig, LLP, Thorsdale Fiduciary and Guaranty Company Ltd., U.S. Bank National Association, Valor Group Ltd., Wakpamni Lake Community Corp., Wealth-Assurance AG, Wealth Assurance Private Client Corporation, Timothy B. Anderson, Jon Michael Burnham, Devon D. Archer, Bevan T. Cooney, Hugh Dunkerley, Jason W. Galanis, John P. Galanis, Gary T. Hirst, Frankie D. Hughes, and Michelle A. Morton,<br><br>    Defendant. | Court File No. 6:16-cv-03604-HMH<br><br>**CONSENT MOTION OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND** |

  Defendant U.S. Bank National Association, with the consent of Plaintiffs The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan, hereby moves for an extension through and including February 20, 2017 to answer, move, or otherwise plead in response to the Complaint in this action.

1372721v1

Dated:  January 9, 2017

MCNAIR LAW FIRM, P.A.

By: s/Bernie W. Ellis
    Bernie W. Ellis (#5650)
Poinsett Plaza
104 South Main Street
Suite 700
Greenville, SC  29601
Telephone:  (864) 552-9342
Email:   bellis@mcnair.net

**MASLON LLP**

Richard G. Wilson (MN Bar #16544X)
Wayne S. Moskowitz (MN Bar #17936X)
Haley N. Schaffer (MN Bar #313099)
John T. Duffey (MN Bar #0392157)
*Pro Hac Vice Applications to Be Submitted*
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:  (612) 672-8200
Email:   rich.wilson@maslon.com
        wayne.moskowitz@maslon.com
        haley.schaffer@maslon.com
        john.duffey@maslon.com

**ATTORNEYS FOR DEFENDANT
U.S. BANK NATIONAL ASSOCIATION**

1372721v1