IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan <br> Plaintiff, <br> vs. <br> Dilworth Paxson, LLP, BFG Socially Responsible Investments, Ltd., Burnham Financial Group, Inc., Burnham Securities, Inc., COR Fund Advisors, LLC, GMT Duncan, LLC, Greenberg Trauig, LLP, Thorsdale Fiduciary and Guaranty Company Ltd., U.S. Bank National Association, Valor Group Ltd., Wakpamni Lake Community Corp., Weath-Assurance AG, Weath Assurance Private Client Corporation, Timoth B. Anderson, Jon Michael Burnham, Devon D. Archer, Bevan T. Cooney, Hugh Dunkerley, Jason W. Galanis, John P. Glanis, Gary T. Hirst, Frankie D. Hughes, and Michelle A. Morton <br> Defendants. | CASE NO.: 6:16-CV-03604-HMH <br><br> CERTIFICATE OF SERVICE |

The undersigned does hereby certify that a filed copy of the following documents were served by United States Mail, postage prepaid, on February 8, 2017 to the party listed below.

DOCUMENTS
1. Defendant Archer's Answer to Local 26.01 Interrogatories.

PARTY SERVED

Michelle A. Morton
235 Archangela Avenue
Colonia, NJ 07067

1

2

                                        GRIFFITH SHARP & LIIPFERT, LLC

By:      /s/Kelly D. Dean

                                        Kelly D. Dean
                                        600 Monson Street
                                        PO Drawer 570
                                        Beaufort, SC 29901
                                        843-521-4242
                                        843-521-4247 (fax)
                                        kdean@griffithsharp.com

                                        ATTORNEYS FOR DEFENDANT DEVON D. ARCHER

Beaufort, South Carolina
February 8, 2017