# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| **The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan,** | Case No. 6:16-cv-03604-HMH |
| Plaintiffs, | |
| v. | |
| **Dilworth Paxson, LLP; BFG Socially Responsible Investments, Ltd.; Burnham Financial Group, Inc.; Burnham Securities, Inc.; COR Fund Advisors, LLC; GMT Duncan, LLC; Greenberg Traurig, LLP; Thorsdale Fiduciary and Guaranty Company Ltd.; U.S. Bank National Association; Valor Group Ltd.; Wakpamni Lake Community Corp.; Wealth-Assurance AG; Wealth Assurance Private Client Corporation; Timothy B. Anderson; Jon Michael Burnham; Devon D. Archer; Bevan T. Cooney; Hugh Dunkerley; Jason W. Galanis; John P. Galanis; Gary T. Hirst; Frankie D. Hughes; and Michelle A. Morton,** | **DEFENDANT BEVAN T. COONEY'S RESPONSE TO PLAINTIFFS' MOTION TO STAY** |
| Defendants. | |

PLEASE TAKE NOTICE that Defendant Bevan T. Cooney hereby submits this response to Plaintiffs the Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan's (collectively, "Plaintiffs") Motion to Stay (ECF No. 62). For all the reasons stated therein, Mr. Cooney respectfully submits that Plaintiffs' Motion to Stay should be granted.

DATED: February 7, 2017           Respectfully submitted,

<div style="margin-left:2em">

/s/ Beattie B. Ashmore
Beattie B. Ashmore, P.A. Fed ID #5215
650 E. Washington Street
Greenville, South Carolina 29601
Tel: (864) 672-1406
Email: beattie@beattieashmore.com

Matthew D. Umhofer (admitted *pro hac vice*)
Diane H. Bang (admitted *pro hac vice*)
SPERTUS, LANDES & UMHOFER, LLP
1990 South Bundy Dr., Ste. 705
Los Angeles, California 90025
Tel: (310) 826-4700
Fax: (310) 826-4711
Email: matthew@spertuslaw.com
Email: diane@spertuslaw.com

*Attorneys for Bevan T. Cooney*

</div>