# EXHIBIT 3

# Affidavit of James W. Hennessey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| The Michelin Retirement Plan, et al., | : | C.A. No. 6:16-cv-03604-HMH-JDA |
| Plaintiffs, | : | |
| v. | : | AFFIDAVIT OF JAMES W. HENNESSEY, ESQUIRE IN SUPPORT OF DEFENDANTS DILWORTH PAXSON LLP'S AND TIMOTHY B. ANDERSON'S MOTION TO DISMISS |
| Dilworth Paxson LLP, et al., | : | |
| Defendants. | : | |

COMMONWEALTH OF PENNSYLVANIA     :
                                 :
COUNTY OF PHILADELPHIA           :

PERSONALLY APPEARING before me James W. Hennessey, who, being first duly sworn, says and deposes:

1. I am a partner of Dilworth Paxson LLP ("Dilworth") and currently serve as Dilworth's Chief Operating Officer.

2. As Chief Operating Officer, I am a member of Dilworth's Operating Committee and an *ex officio* member of its Executive Committee.

3. In those capacities, I am familiar with all of Dilworth's business operations.

4. Based upon my personal knowledge, I declare the following:

    a. Dilworth Paxson LLP is a limited liability partnership registered to do business in Pennsylvania.

    b. Between August 2012 and February 2016, Timothy B. Anderson was a member of Dilworth.

1

c. Dilworth has offices in Philadelphia, Pennsylvania, Harrisburg, Pennsylvania, Cherry Hill, New Jersey, Wilmington, Delaware and New York, New York.

d. Dilworth does not have contacts with the State of South Carolina as demonstrated by the following:

  i. Dilworth has never had an office in South Carolina;

  ii. Dilworth has never registered to do business in South Carolina;

  iii. Dilworth has never maintained an agent in South Carolina;

  iv. None of Dilworth's attorneys is licensed to practice law in South Carolina;

  v. Dilworth has never owned real or personal property in South Carolina;

  vi. Dilworth does not advertise or otherwise solicit business in South Carolina;

  vii. Dilworth does not pay taxes in South Carolina;

  viii. Dilworth has never had a bank account in South Carolina;

  ix. Dilworth does not employ any resident of South Carolina;

  x. Dilworth has never deliberately engaged in significant or long-term business activities in South Carolina;

  xi. Dilworth had no contact with the Plaintiffs regarding the Wakpamni Lake Bond which is at issue in the litigation;

  xii. Dilworth's contractual relationship with its client, Burnham Securities, Inc., was formed in Pennsylvania;

  xiii. Dilworth's activities on behalf of Burnham Securities, Inc. took place in Pennsylvania;

2

xiv. Dilworth has never committed a tortious act in whole or in part in South Carolina; and

xv. Dilworth has never caused tortious injury in the State of South Carolina by an act or omission outside South Carolina.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
James W. Hennessey, Esquire

Sworn to before me this 6
day of February, 2017

_____
Notary Public for Pennsylvania
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DEBORAH E. FARRIS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 5, 2017

3