# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan,<br><br>      Plaintiffs,<br>  v.<br><br>Dilworth Paxson, LLP, BFG Socially Responsible Investments, Ltd., Burnham Financial Group, Inc., Burnham Securities, Inc., COR Fund Advisors, LLC, GMT Duncan, LLC, Greenberg Traurig, LLP, Thorsdale Fiduciary and Guaranty Company Ltd., U.S. Bank National Association, Valor Group Ltd., Wakpamni Lake Community Corp., Wealth-Assurance AG, Wealth Assurance Private Client Corporation, Timothy B. Anderson, Jon Michael Burnham, Devon D. Archer, Bevan T. Cooney, Hugh Dunkerley, Jason W. Galanis, John P. Galanis, Gary T. Hirst, Frankie D. Hughes, and Michelle A. Morton,<br><br>      Defendants. | Court File No. 6:16-cv-03604-HMH-JDA<br><br>**CONSENT MOTION OF DEFENDANT U.S. BANK NATIONAL ASSOCIATION FOR EXTENSION OF TIME TO ANSWER OR RESPOND** |

      Defendant U.S. Bank National Association ("U.S. Bank"), with the consent of Plaintiffs The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan, hereby moves for a twenty-one (21) day extension of time to answer, move, or otherwise plead in response to the Complaint in this action.

      U.S. Bank's response to Plaintiffs' Complaint is currently due on or before March 14, 2017. With Plaintiffs' consent, U.S. Bank received two previous extensions of the

due date for its response. In light of Plaintiffs' motion to stay and the other motions currently pending in this action, U.S. Bank has sought and received Plaintiffs' consent to seek an additional twenty-one (21) day extension, which would require U.S. Bank to answer, move, or otherwise plead in response to the Complaint in this action on or before April 4, 2017. This extension would not affect other deadlines.

Respectfully submitted,

Dated:  March 6, 2017

**MCNAIR LAW FIRM, P.A.**

By: s/Bernie W. Ellis
Bernie W. Ellis (#5650)
Poinsett Plaza
104 South Main Street
Suite 700
Greenville, SC  29601
Telephone:  (864) 552-9342
Email:   bellis@mcnair.net

**MASLON LLP**

Richard G. Wilson (MN Bar #16544X)
Wayne S. Moskowitz (MN Bar #17936X)
Haley N. Schaffer (MN Bar #313099)
John T. Duffey (MN Bar #0392157)
*Admitted Pro Hac Vice*
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:  (612) 672-8200
Email:   rich.wilson@maslon.com
wayne.moskowitz@maslon.com
haley.schaffer@maslon.com
john.duffey@maslon.com

**ATTORNEYS FOR DEFENDANT**
**U.S. BANK NATIONAL ASSOCIATION**