**EXHIBIT L**

# GT GreenbergTraurig

Invoice No. : 3721733  
File No. : 153171.010100  
Bill Date : August 21, 2014

Wakpamni Lake Community Corporation  
P.O. Box 6048  
Pine Ridge, South Dakota 57770

Attn: Raycen Raines

Re: Bond Issuance

REVISED INVOICE - Replaces invoice #3717256, dated 08/13/14.

| | | |
|---|---|---|
| Previous Balance: | $ | 31,351.50 |
| Fees: | $ | 49,106.25 |
| Less Courtesy Discount: | $ | (5,457.75) |
| Fees for This Statement: | $ | 43,648.50 |
| Expenses: | $ | 0.00 |
| Total Amount of Current Statement: | $ | 43,648.50 |
| **BALANCE DUE:** | $ | 75,000.00 |

JHW:CAF  
Tax ID: 13-3613083



Invoice No. : 3721733
File No. : 153171.010100

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO: WELLS FARGO BANK
ABA #: [Redacted]0248
CREDIT TO: GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #: [Redacted]8663

PLEASE
REFERENCE:
 CLIENT NAME: WAKPAMNI LAKE COMMUNITY CORPORATION
 FILE NUMBER: 153171.010100
 INVOICE NUMBER: 3721733*
 BILLING PROFESSIONAL: Jennifer H. Weddle

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

**FOR CREDIT CARD PAYMENTS:**
www.gtlawbilling.com

JHW:CAF
Tax ID: 13-3613083

# GT GreenbergTraurig

Invoice No. : 3721733
File No. : 153171.010100

Re: Bond Issuance

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/17/14 | JHW | Meeting with Mr. Raines and MMcGinnis regarding deal points and issues; calls to follow-up on various issues; | 1.80 |
| 07/01/14 | MRM | Review incentive and term sheet; email correspondence with working group; | 5.80 |
| 07/02/14 | MRM | Review draft trust indenture; email correspondence with T. Anderson and R. Raines; | 4.60 |
| 07/07/14 | MRM | Email and telephone conference with working group; review annuity contract and indenture; | 3.90 |
| 07/08/14 | MRM | Email and telephone conference with working group to review Indenture; prepare distribution list and placement operating agreement; conference call with working group; | 4.10 |
| 07/08/14 | JHW | Team correspondence regarding preparation for call with purchaser's counsel, participate in call with trustees' counsel, follow-up call with MMcGinnis regarding questions about draft documents; further email correspondence with HThompson and MMcGinnis regarding same; | 1.10 |
| 07/09/14 | MRM | Email and telephone conference with working group; review indenture; prepare paa; | 3.50 |
| 07/10/14 | MRM | Email and telephone conference with working group review Indenture; | 3.20 |
| 07/11/14 | MRM | Draft placement agency agreement; email and telephone conference with working group; | 2.80 |
| 07/14/14 | MRM | Prepare placement agency agreement; email and telephone conference with working group; | 2.40 |
| 07/15/14 | MRM | Email and telephone conference with working group; revise documents; | 3.20 |
| 07/16/14 | MRM | Email and telephone conference with working group; review bond documents; draft placement agreement; | 3.40 |
| 07/16/14 | JHW | Communications regarding draft deal documents; | 0.20 |
| 07/17/14 | HDT | Phone call with WLCC regarding structure of new Wakpamni Lake Community Development Corporation; email conversation with GT team regarding WL resolution in support of bond; | 1.00 |
| 07/18/14 | MRM | Review revised bond documents; | 1.70 |
| 07/18/14 | HDT | Phone conference meeting with whole WLCC to finalize WL motion for OST to pass a resolution in support of Community economic development, redrafting of final version of OST resolution of | 1.00 |

JHW:CAF
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | The Tabor Center | Suite 2400 | 1200 17th Street | Denver, Colorado 80202
Tel 303.572.6500 | Fax 303.572.6540 | www.gtlaw.com

**GT** GreenbergTraurig

Invoice No. : 3721733
File No. : 153171.010100

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | support and amendment of Ordinance 12-17; | |
| 07/21/14 | MRM | Review bond documents; email correspondence with working group; | 1.60 |
| 07/21/14 | JHW | Confer with MMcGinnis regarding draft deal documents; | 0.20 |
| 07/22/14 | MRM | Review draft indenture, articles and resolution, email and telephone conference with working group; | 4.20 |
| 07/22/14 | HDT | Drafted WLCC Resolution to create the Wakpamni Lake Development Corporation; drafted Articles for the establishment of the WLDC; began work on the drafting of a resolution by WLDC to issue revenue bonds; | 3.00 |
| 07/23/14 | MRM | Email and telephone conference with T. Anderson and other working group members; review and revise Indenture and send resolution; | 4.30 |
| 07/23/14 | HDT | Draft of WLDC bond resolution. Multiple edits with team of resolution. (3.0); addition of team edits to WLDC Articles of Incorporation (1.0); email/communications to WLCC Board regarding agenda, and necessary votes this day (0.5); drafting of WLDC resolution and editing of LOI regarding potential gaming to be incorporated into the Junction 18 project. (1.5); | 6.00 |
| 07/24/14 | MRM | Email and telephone conference with working group; review and revise articles and resolutions; revise indenture; | 3.70 |
| 07/25/14 | MRM | Email and telephone conference with working group; review revised bond documents; | 1.20 |
| 07/29/14 | HDT | Online monitoring of Oglala Sioux Tribe Council debate over proposed WLCC tribal resolution. OST resolution clarifying Community economic development powers tabled (1.0); call with WLCC Board and staff to discuss paths forward in order to protect our business partners and move quickly; internal GT meeting with JWeddle regarding what if any effect on bond deal and timing. (1.0); | 2.00 |
| 07/30/14 | MRM | Email and telephone conference with working group; review revised documents and prepare opinion; | 4.30 |
| 07/30/14 | HDT | Review of current situation and evaluation of moving forward on bond deal in light of closing next week; | 0.75 |
| 07/30/14 | JHW | Discussion with HThompson regarding Tribal Council developments and strategy for completion of bond documents; | 0.40 |
| 07/31/14 | MRM | Prepare legal opinion; review closing documents; email and telephone conference with working group; | 4.60 |
| 07/31/14 | JHW | Team communications regarding finalizing of deal documents and opinion letter, with particular attention to sovereign immunity waiver issues. | 0.30 |

JHW:CAF
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | The Tabor Center | Suite 2400 | 1200 17th Street | Denver, Colorado 80202
Tel 303.572.6500 | Fax 303.572.6540 | www.gtlaw.com



Invoice No. : 3721733
File No. : 153171.010100

### Timekeeper Summary

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Michael McGinnis | 62.50 | 635.00 | 39,687.50 |
| Jennifer H. Weddle | 4.00 | 550.00 | 2,200.00 |
| Heather Thompson | 13.75 | 525.00 | 7,218.75 |
| TOTAL: | 80.25 | | $49,106.25 |

**TOTAL FEES AND EXPENSES** $43,648.50

JHW:CAF
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | The Tabor Center | Suite 2400 | 1200 17th Street | Denver, Colorado 80202
Tel 303.572.6500 | Fax 303.572.6540 | www.gtlaw.com