### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan, et. al., | Case No. 6:16-cv-03604-HMH-JDA |
| Plaintiffs, | |
| v. | |
| Dilworth Paxson, LLP, et. al., | |
| Defendants. | |

**PLAINTIFFS' RESPONSE TO COR FUND ADVISORS, LLC'S
MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND FOR EXTENSION
OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiffs, the Investment Committee of the Michelin Retirement Plan and the Michelin Retirement Plan, submit this response to the motion to set aside entry of default and for an extension to respond to Plaintiffs' complaint filed by Defendant COR Fund Advisors, LLC (CORFA) (ECF No. 134).

As stated in CORFA's motion, Counsel executed the waiver form on behalf of CORFA on December 21, 2016 (ECF No. 16-2). Accordingly, CORFA's response to the Complaint was due on January 23, 2017. Plaintiffs filed a request for entry of default as to CORFA on January 25, 2017 and the Clerk issued an Entry of Default as to CORFA on January 26, 2017 (ECF No. 48). Thereafter, counsel for CORFA contacted the undersigned to determine if Plaintiffs would consent to a motion by CORFA to set aside the Entry of Default. On February 3, 2017 the undersigned advised CORFA's counsel that Plaintiffs would not consent to the motion. Thereafter, on March 2, 2017 CORFA filed its Motion to set aside Entry of Default.

Plaintiffs take no position as to the arguments set forth in CORFA's motion.

Respectfully submitted,

By: s/J. Derrick Quattlebaum
J. Derrick Quattlebaum, Fed ID No. 5252
Steve A. Matthews, Fed ID No. 5119
J. W. Matthews III, Fed ID No. 3202
HAYNSWORTH SINKLER BOYD, P.A.
ONE North Main, 2nd Floor
Greenville, SC  29601-2772
Telephone:   864.240.3200
Facsimile:    864.240.3300

*Attorneys for Plaintiffs, The Investment Committee of the Michelin Retirement Plan and the Michelin Retirement Plan*

March 16, 2017

2