# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Dilworth Paxson, LLP, et al.,<br><br>　　　　　Defendants. | Case No. 6:16-CV-03604-HMH-JDA<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT U. S. BANK** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs in the above-styled matter hereby dismiss Defendant U.S. Bank National Association from this case <u>without prejudice.</u>

　　　　　　　　　　　　　　　　　　　s/ J. D. Quattlebaum
　　　　　　　　　　　　　　　　　　　Steve A. Matthews (Fed ID No. 5119)
　　　　　　　　　　　　　　　　　　　J. Derrick Quattlebaum (Fed ID No. 5252)
　　　　　　　　　　　　　　　　　　　J. W. Matthews III (Fed ID No. 3202)

　　　　　　　　　　　　　　　　　　　HAYNSWORTH SINKLER BOYD, P.A.
　　　　　　　　　　　　　　　　　　　ONE North Main, 2nd Floor
　　　　　　　　　　　　　　　　　　　Greenville, SC  29601-2772
　　　　　　　　　　　　　　　　　　　Telephone:864.240.3200
　　　　　　　　　　　　　　　　　　　Facsimile: 864.240.3300

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs,
　　　　　　　　　　　　　　　　　　　The Investment Committee of the Michelin Retirement Plan and the Michelin Retirement Plan

Dated:  03/31/2017
Greenville, South Carolina