UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan,<br><br>Plaintiffs,<br><br>and<br><br>Chicago Transit Authority Retiree Health Care Trust,<br><br>Intervening Plaintiff.<br><br>v.<br><br>Dilworth Paxson, LLP, BFG Socially Responsible Investments, Ltd., Burnham Financial Group, Inc., Burnham Securities, Inc., COR Fund Advisors, LLC, GMT Duncan, LLC, Greenberg Traurig, LLP, Thorsdale Fiduciary and Guaranty Company Ltd., U.S. Bank National Association, Valor Group Ltd., Wakpamni Lake Community Corp., Wealth-Assurance AG, Wealth Assurance Private Client Corporation, Timothy B. Anderson, Jon Michael Burnham, Devon D. Archer, Bevan T. Cooney, Hugh Dunkerley, Jason W. Galanis, John P. Galanis, Gary T. Hirst, Frankie D. Hughes, and Michelle A. Morton,<br><br>Defendants. | Civil Action No. 6:16-cv-03604-HMH<br><br>**CERTIFICATE OF SERVICE** |

    This is to certify that I have served a true copy of the foregoing Chicago Transit Authority Health Care Trust's Summons and Complaint in Intervention on the pro-se Defendant Michelle A. Morton on this 29th day of June, 2017, via United States First Class Mail, postage prepaid and addressed as follows:

    Michelle A. Morton
    235 Archangel Ave.
    Colonia, NJ 07067

                                                    /s/ Thomas E. Dudley, III
                                                    Thomas E. Dudley, III
                                                    Kenison, Dudley & Crawford, LLC
                                                    704 East McBee Avenue
                                                    Greenville, SC 29601
                                                    Telephone: (864) 242-4899
                                                    Facsimile: (864) 242-4844