**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| The Michelin Retirement Plan, et. al., | Case No. 6:16-cv-03604-HMH-JDA |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| Dilworth Paxson, LLP, et. al., | |
| Defendants. | |

The undersigned does hereby certify that the following documents were served by United States Mail, postage prepaid, on this 3rd day of October 2017 on the parties listed below.

DOCUMENTS

Plaintiffs' Status Report (ECF No. 244)

PARTY SERVED

Michelle A. Morton
235 Archangela Avenue
Colonia, NJ 07067

        s/J. Derrick Quattlebaum
        J. Derrick Quattlebaum, Fed ID No. 5252
        Steve A. Matthews, Fed ID No. 5119
        J. W. Matthews III, Fed ID No. 3202
        Denny P. Major, Fed ID No. 10225
        HAYNSWORTH SINKLER BOYD, P.A.
        ONE North Main, 2nd Floor
        Greenville, SC 29601-2772
        Telephone:    864.240.3200
        Facsimile:    864.240.3300

*Attorneys for Plaintiffs, The Investment Committee of the Michelin Retirement Plan and the Michelin Retirement Plan*