IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan, | ) ) ) ) | Case No. 6:16-cv-03604-DCC-JDA |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **NOTICE OF APPEARANCE** |
| Dilworth Paxson, LLP, BFG Socially Responsible Investments, Ltd., Burnham Financial Group, Inc., Burnham Securities, Inc., COR Fund Advisors, LLC, GMT Duncan, LLC, Greenberg Traurig, LLP, Thorsdale Fiduciary and Guaranty Company LTD., U.S. Bank National Association, Valor Group Ltd., Wakpamni Lake Community Corp., Wealth-Assurance AG, Wealth Assurance Private Client Corporation, Timothy B. Anderson, Jon Michael Burnham, Devon D. Archer, Bevan T. Cooney, Hugh Dunkerly, Jason W. Galanis, John P. Galanis, Gary T. Hirst, Frankie D. Hughes, and Michelle A. Morton, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

YOU WILL PLEASE TAKE NOTICE that James Edward Bradley hereby notices an appearance in this matter on behalf of Defendant Michelle A. Morton. James Edward Bradley requests that his name be added to all pleadings in this matter and that he receive all notices in this matter.

1

2

                        MOORE TAYLOR LAW FIRM, P.A.

                By: _s/James Edward Bradley_ _____
                      James Edward Bradley, Fed. I.D. # 6330
                      1700 Sunset Boulevard (29169)
                      P.O. Box 5709
                      West Columbia, SC  29171
                      Tel:  (803) 796-9160
                      Fax: (803) 791-8410
                      ward@mttlaw.com
                      Attorney for Defendant Michelle A. Morton

West Columbia, South Carolina

January 23, 2018