# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan, | ) Civil Action No.: 6:16-cv-03604-DCC-JDA ) ) ) ) |
| and | ) ) |
| Chicago Transit Authority Retiree Health Care Trust, | ) ) ) |
| Plaintiffs, | ) **STATUS REPORT OF** ) **DEFENDANT FRANKIE D. HUGHES** ) |
| v. | ) ) |
| Dilworth Paxson, LLP, et al. | ) ) |
| Defendants. | ) ) |

The Defendant Frankie D. Hughes is not aware of any material change in the status of this case or in the related cases other than as set forth in the Plaintiffs' Status Report filed on March 23, 2018. Defendant Hughes respectfully requests that the stay in this case be lifted and the matter proceed forward.

s/ Thomas W. Traxler<br>
S. Brook Fowler (Fed I.D. 6014)<br>
Thomas W. Traxler (Fed I.D. 4136)<br>
CARTER, SMITH, MERRIAM, ROGERS<br>
& TRAXLER, P.A.<br>
900 E. North Street (29601)<br>
P. O. Box 10828 (29603)<br>
Greenville, South Carolina<br>
PH: (864) 242-3566<br>
FX: (864) 232-1558<br>
Email: brook.fowler@carterlawpa.com<br>
Email: tom.traxler@carterlawpa.com

Dated: March 23, 2018
Greenville, South Carolina