**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| The Michelin Retirement Plan, et al.,  )<br>                                                            )<br>                     Plaintiffs,              )<br>     v.                                                )<br>                                                            )   Case No. 6:16-cv-03604-DCC-JDA<br>Dilworth Paxson, LLP, et al.,            )<br>                                                            )<br>                     Defendants.           ) | |

**STATUS REPORT OF DEFENDANT GREENBERG TRAURIG, LLP**

Defendant Greenberg Traurig, LLP ("Greenberg") is unaware of any material changes in the status of this case or any related cases other than as set forth in the Status Report filed by Plaintiffs on March 23, 2018. Greenberg joins the previously filed requests that the stay in this case be lifted and the matter proceed.

Respectfully submitted,

s/ William A. Coates
William A. Coates, Fed. Bar No. 183
Email address: wac@roecassidy.com
ROE CASSIDY COATES & PRICE, P.A.
P.O. Box 10529
Greenville, SC 29603
(864) 349-2600

Michael McNamara, *pro hac vice*
Email address: mmcnamara@jenner.com
JENNER & BLOCK LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
(213) 239-5100

Anne P. Ray, *pro hac vice*
Email address: aray@jenner.com
Caroline L. Meneau, *pro hac vice*
Email address: cmeneau@jenner.com
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350

Greenville, South Carolina

March 23, 2018

***Attorneys for Defendant Greenberg Traurig, LLP***

1