IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

_____

| | | |
|---|---|---|
| **The Michelin Retirement Plan, et al.,** | : | C.A. No. 6:16-cv-03604-DCC-JDA |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **Dilworth Paxson LLP, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

_____

## STATUS REPORT OF DEFENDANTS DILWORTH PAXSON LLP AND TIMOTHY B. ANDERSON

     Defendants Dilworth Paxson LLP and Timothy B. Anderson renew their request that the stay in this case be lifted and the matter proceed forward.

                                 Respectfully submitted,

                                 LEWIS BABCOCK L.L.P.

                                 /s/ Keith M. Babcock
                                 Keith M. Babcock, Federal I.D. 1143
                                 David L. Paavola, Federal I.D. 11713
                                 1513 Hampton Street
                                 Post Office Box 11208
                                 Columbia, South Carolina 29211
                                 Telephone: (803) 771-8000
                                 Facsimile: (803) 733-3534
                                 kmb@lewisbabcock.com
                                 dlp@lewisbabcock.com

                                 Attorneys for Defendants
                                 Dilworth Paxson LLP and
                                 Timothy B. Anderson

Dated: March 23, 2018