# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan, <br><br> and <br><br> Chicago Transit Authority Retiree Health Care Trust, <br><br>               Plaintiffs, <br><br> v. <br><br> Dilworth Paxson, LLP, et al., <br><br>               Defendants. | Case No.: 6:16-cv-03604-DCC-JDA <br><br> **CHICAGO TRANSIT AUTHORITY RETIREE HEALTH CARE TRUST'S RULE 41 NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO U.S. BANK NATIONAL ASSOCIATION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Intervenor Plaintiff the Chicago Transit Authority Retiree Health Care Trust hereby dismisses its claims against Defendant U.S. Bank National Association <u>without prejudice</u>.

September 17, 2018

Respectfully submitted,

s/ Thomas E. Dudley, III
Thomas E. Dudley, III, Fed ID No. 05973
KENISON, DUDLEY & CRAWFORD, LLC
704 East McBee Avenue
Greenville, SC  29601
Telephone:  864.242.4899
Facsimile:  864.242.4844
dudley@conlaw.com

Aaron H. Stanton
(astanton@burkelaw.com)
*Pro Hac Vice*
Eric P. VanderPloeg (evanderploeg@burkelaw.com)
*Pro Hac Vice*
Burke, Warren, MacKay & Serritella, P.C.

330 N. Wabash Ave., 21st Floor
Chicago, Illinois 60611
(312) 840-7000
Fax: (312) 840-7900

*Attorneys for Chicago Transit Authority Retiree Health Care Trust*