# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan, | |
| and | Case No.: 6:16-cv-03604-DCC-JDA |
| Chicago Transit Authority Retiree Health Care Trust, | |
| Plaintiffs, | **CHICAGO TRANSIT AUTHORITY RETIREE HEALTH CARE TRUST'S RULE 41 NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO GREENBERG TRAURIG, LLP** |
| v. | |
| Dilworth Paxson, LLP, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Intervenor Plaintiff the Chicago Transit Authority Retiree Health Care Trust hereby dismisses its claims against Defendant Greenberg Traurig, LLP without prejudice.

October 4, 2018

Respectfully submitted,

s/ Thomas E. Dudley, III
Thomas E. Dudley, III, Fed ID No. 05973
KENISON, DUDLEY & CRAWFORD, LLC
704 East McBee Avenue
Greenville, SC  29601
Telephone:  864.242.4899
Facsimile:  864.242.4844
dudley@conlaw.com

Aaron H. Stanton
(astanton@burkelaw.com)
*Pro Hac Vice*
Eric P. VanderPloeg (evanderploeg@burkelaw.com)
*Pro Hac Vice*
Burke, Warren, MacKay & Serritella, P.C.

330 N. Wabash Ave., 21st Floor
Chicago, Illinois 60611
(312) 840-7000
Fax: (312) 840-7900

*Attorneys for Chicago Transit Authority Retiree Health Care Trust*