# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan, <br><br> and <br><br> Chicago Transit Authority Retiree Health Care Trust, <br><br> Plaintiffs, <br><br> v. <br><br> Dilworth Paxson LLP, et al., <br><br> Defendants. | Case No.: 6:16-cv-03604-DCC-JDA <br><br><br> **RULE 26(f)(3) JOINT DISCOVERY PLAN** |

## JOINT STATEMENT REGARDING MEDIATION

Plaintiffs and Defendants, by their attorneys, have discussed the availability and timing of mediation and will schedule mediation in compliance with the Court's direction.

## DISCOVERY PLAN

(A) What changes should be made in the timing, form or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made?

**ANSWER:** **With regard to the Rule 26(a) disclosures, the parties have conferred and agree to a disclosure date of October 31, 2018.**

(B) The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues?

**ANSWER:** The parties anticipate conducting discovery related to Plaintiffs' claims, Defendants' defenses, and Defendants' cross-claims, if any. The parties have requested that discovery be completed by May 15, 2019 in the proposed Scheduling Order.

(C) Any issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced?

**ANSWER:** The parties are unaware of any such issues at this time.

(D) Any issues relating to claims of privilege or of protection as trial-preparation material, including – if parties agree on a procedure to assert such claims after production – whether to ask the court to include their agreement in an order?

**ANSWER:** The parties are unaware of any such issues at this time.

(E) What changes should be made in the limitation on discovery imposed under these rules or by local rule, and what other limitations should be imposed?

**ANSWER:** The parties are unaware of any necessary changes at this time.

(F) Any other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c)?

**ANSWER:** The parties do not anticipate needing any orders issued under Rule 26(c) or under Rule 16(b) or (c) at this time, other than the proposed Amended Scheduling Order.

*{signature page to follow}*

s/William A. Coates
William A. Coates, Fed ID No. 183
ROE CASSIDY COATES & PRICE, P.A.
P.O. Box 10529
Greenville, SC  29603
Telephone:  864.349.2600
wac@roecassidy.com

*Attorneys for Defendant Greenberg Traurig, LLP*

s/Keith M. Babcock
Keith M. Babcock, Fed ID No. 1143
David L. Paavola, Fed ID No. 11713
LEWIS BABCOCK L.L.P.
1513 Hampton Street
P.O. Box 11208
Columbia, SC  29211
Telephone:  803.771.8000
Facsimile:  803.733.3534
kmb@lewisbabcock.com
dlp@lewisbabcock.com

*Attorneys for Defendants Dilworth Paxson LLP and Timothy B. Anderson*

s/Kelly Dennis Dean
Kelly Dennis Dean, Fed ID No. 10109
GRIFFITH, FREEMAN & LIIPFERT, LLC
600 Monson Street
P.O. Drawer 570
Beaufort, SC 29902
Telephone:  843.521.4242
Facsimile:  843.521.4247
kdean@griffithfreeman.com

*Attorneys for Defendants COR Fund Advisors, LLC and Devon D. Archer*

s/J. Derrick Quattlebaum
J. Derrick Quattlebaum, Fed ID No. 5252
Steve A. Matthews, Fed ID No. 5119
J. W. Matthews III, Fed ID No. 3202
Denny P. Major, Fed ID No. 10225

HAYNSWORTH SINKLER BOYD, P.A.
ONE North Main Street, 2nd Floor
Greenville, SC  29601-2772
Telephone:         864.240.3200
Facsimile:           864.240.3300
dquattlebaum@hsblawfirm.com
smatthews@hsblawfirm.com
jmatthews@hsblawfirm.com
dmajor@hsblawfirm.com

*Attorneys for The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan*

s/Thomas E. Dudley
Thomas E. Dudley, III, Fed ID No. 05973
KENISON, DUDLEY & CRAWFORD, LLC
704 East McBee Avenue
Greenville, SC  29601
Telephone:  864.242.4899
Facsimile:  864.242.4844
dudley@conlaw.com

*Attorneys for Chicago Transit Authority Retiree Health Care Trust*

s/James Edward Bradley
James Edward Bradley, Fed ID No. 6330
MOORE TAYLOR LAW FIRM, P.A.
1700 Sunset Boulevard (29169)
P.O. Box 5709
West Columbia, SC  29171
Telephone: 803.796.9160
Facsimile: 803.791.8410
ward@mttlaw.com

*Attorneys for Defendant Michelle A. Morton*

s/Emily Sharpe Hanis
Emily Sharpe Hanis, Fed ID No. 12165
GLENN HAIGLER STATHAKIS
& HANIS, LLP
121 West Benson Street
Anderson, SC 29624
Telephone:  864.224.9677
Facsimile:  864.226.0561
ehanis@ghmslaw.com

*Attorneys for Defendant Jon Burnham*

s/Beattie B. Ashmore
Beattie B. Ashmore, Fed ID No. 5215
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, SC 29601
Telephone:  864.672-1406
beattie@beattieashmore.com

*Attorneys for Defendant Bevan T. Cooney*

s/Thomas W. Traxler
Thomas W. Traxler, Fed ID No. 6014
S. Brook Fowler, Fed ID No. 4136
CARTER SMITH MERRIAM ROGERS &
TRAXLER, P.A.
900 E. North Street (29601)
P.O. Box 10828
Greenville, SC 29603
Telephone:  864.242.3566
Facsimile:  864-232-1558
tom.traxler@carterlawpa.com
brook.fowler@carterlawpa.com

*Attorneys for Defendant Frankie D. Hughes*