IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan,<br><br>         Plaintiffs,<br> v.<br><br>Dilworth Paxson, LLP, BFG Socially Responsible Investments, Ltd., Burnham Financial Group, Inc., Burnham Securities, Inc., COR Fund Advisors, LLC, GMT Duncan, LLC, Greenburg Traurig, LLP, Thorsdale Fiduciary and Guaranty Company Ltd., U.S. Bank National Association, Valor Group Ltd., Wakpamni Lake Community Corp., Wealth-Assurance AG, Wealth Assurance Private Client Corporation, Timothy B. Anderson, Jon Michael Burnham, Devon D. Archer, Bevan T. Cooney, Hugh Dunkerley, Jason W. Galanis, John P. Galanis, Gary T. Hirst, Frankie D. Hughes, and Michelle A. Morton,<br><br>         Defendants. | Case No. 6:16-cv-03604-DCC<br><br>**DEFENDANT GREENBERG TRAURIG, LLP'S CONSENT MOTION FOR EXTENTION OF TIME TO FILE RESPONSIVE PLEADINGS** |

    Defendant Greenberg Traurig, LLP ("Greenberg") through undersigned counsel with the consent of the counsel for the Plaintiffs respectfully moves this Court for an Order extending the time for Greenberg to file responsive pleadings to the Complaint in this matter. Greenberg's response is presently due October 19, 2018. Greenberg respectfully request an extension until November 1, 2018, to file its response.

Respectfully submitted,

s/ William A. Coates	_____
William A. Coates, Federal Bar No. 183
ROE CASSIDY COATES & PRICE, P.A.
1052 North Church Street, Greenville, SC 29601
Post Office Box 10529, Greenville, SC 29603
(864) 349-2600
Email address: wac@roecassidy.com
**Counsel for Greenberg Traurig, LLP**

I consent.

s/J. Derrick Quattlebaum
J. Derrick Quattlebaum, Federal Bar No. 5252
Haynsworth Sinkler Boyd, P.A.
Post Office Box 2048
One North Main, 2nd Floor
Greenville, South Carolina 29601-2772
(864) 240-3249
Email address: dquattlebaum@hsblawfirm.com
**Counsel for Plaintiffs**

Greenville, South Carolina

October 18, 2018