IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan, <br><br> and <br><br> Chicago Transit Authority Retiree Health Care Trust, <br><br>     Plaintiffs, <br><br>  v. <br><br> Dilworth Paxson, LLP, et al., <br><br>     Defendants. | Case No.  6:16-CV-03604-DCC-JDA <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE BY THE MICHELIN RETIREMENT PLAN AND THE INVESTMENT COMMITTEE OF THE MICHELIN RETIREMENT PLAN AS TO DEFENDANT GREENBERG TRAURIG, LLP** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan hereby dismiss Defendant Greenberg Traurig, LLP from this case without prejudice.

              s/ J. D. Quattlebaum
              Steve A. Matthews (Fed ID No. 5119)
              J. Derrick Quattlebaum (Fed ID No. 5252)
              J. W. Matthews III (Fed ID No. 3202)

              HAYNSWORTH SINKLER BOYD, P.A.
              ONE North Main, 2nd Floor
              Greenville, SC  29601-2772
              Telephone: 864.240.3200
              Facsimile: 864.240.3300

              Attorneys for Plaintiffs,
              The Investment Committee of the Michelin Retirement Plan and the Michelin Retirement Plan

Dated:  11/07/2018
Greenville, South Carolina