

# Byrholdt Drawdy
ATTORNEYS AT LAW, LLC

2315 N. Main Street, Ste. 117
Anderson, SC 29621

P. 864.261.3977
F. 864.261.3978

www.ByrholdtDrawdy.com
Sarah@ByrholdtDrawdy.com
Bruce@ByrholdtDrawdy.com

Dec. 12, 2018

Gary T. Hirst
72840-054
Jessup Federal Satellite Low
2680 US Hwy 301 South
Jessup, GA 31599

RE: Michelin Retirement Plan, et. al. vs. Dilworth et al.
6:16-cv-03604-JDA

Dear Mr. Hirst:

Enclosed and served upon you is the Rule 26a disclosures filed on behalf of John Burnham along with affidavit of service.

Yours truly,

Bruce A. Byrholdt
Attorneys for Jon Burnham

Enclosures 2

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

------------------------------------------------------------x
The Michelin Retirement Plan, et al.       :
                                           :     *16-cv-03604 (HMH)*
                     Plaintiffs,           :
                                           :
        v.                                 :
                                           :     Affidavit of Service
Dilworth Paxson, LLP, et al.               :
                                           :
                     Defendants.           :
------------------------------------------------------------x

I, Bruce A. Byrholdt, did cause the Rule 26a disclosures on behalf of Jon Burnham and Affidavit of Service to be served upon the following addressees by depositing a copy of same in the U.S. Mail with proper postage attached this 12th day of December 2018:.

Gary T. Hirst
72840-054
Jessup Federal Satellite Low
2680 US Hwy 301 South
Jessup, GA 31599

_____
Bruce A. Byrholdt

SWORN TO BEFORE ME THIS
12 DAY OF DECEMBER 2018.

_____
NOTARY PUBLIC FOR SC
MY COMMISSION EXP: 8/15/2023