# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan, | |
| and | Case No.: 6:16-cv-03604-DCC-JDA |
| Chicago Transit Authority Retiree Health Care Trust, | |
| Plaintiffs, | **CHICAGO TRANSIT AUTHORITY RETIREE HEALTH CARE TRUST'S RULE 41 NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO GARY HIRST** |
| v. | |
| Dilworth Paxson, LLP, et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Intervenor Plaintiff the Chicago Transit Authority Retiree Health Care Trust hereby dismisses its claims against Defendant Gary Hirst <u>without prejudice</u>.

January 14, 2019

Respectfully submitted,

<u>s/ Thomas E. Dudley, III</u>
Thomas E. Dudley, III, Fed ID No. 05973
KENISON, DUDLEY & CRAWFORD, LLC
704 East McBee Avenue
Greenville, SC  29601
Telephone:  864.242.4899
Facsimile:  864.242.4844
dudley@conlaw.com

Aaron H. Stanton
(astanton@burkelaw.com)
*Pro Hac Vice*
Eric P. VanderPloeg (evanderploeg@burkelaw.com)
*Pro Hac Vice*
Burke, Warren, MacKay & Serritella, P.C.

330 N. Wabash Ave., 21st Floor
Chicago, Illinois 60611
(312) 840-7000
Fax: (312) 840-7900

*Attorneys for Chicago Transit Authority Retiree Health Care Trust*