# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan,<br><br>      Plaintiffs,<br><br>and<br><br>Chicago Transit Authority Retiree Health Care Trust; and the Board of Trustees for the Chicago Transit Authority Retiree Health Care Trust;<br><br>      Intervenor Plaintiffs,<br><br>v.<br><br>Dilworth Paxson, LLP, et al.,<br><br>      Defendants. | Case No.: 8:16-cv-03604-DCC-JDA |

## INTERVENOR PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT JASON GALANIS

PLEASE TAKE NOTICE that the undersigned, as attorneys for the Intervenor Plaintiffs, requests that the Clerk of Court enter Defendant Jason Galanis in default pursuant to Rule 55(a), Federal Rules of Civil Procedure, on the grounds that the Defendant Jason Galanis has failed to plead or otherwise defend the above action as required, and within the time period allowed, by the Federal Rules of Civil Procedure and, as a result, Defendant Jason Galanis is in default.

This request is further based on the pleadings, the applicable law, and the Affidavit of Thomas E. Dudley, III attached hereto.

        Respectfully submitted,

        KENISON, DUDLEY & CRAWFORD, LLC

        /s/ Thomas E. Dudley, III
        Thomas E. Dudley, III (District Court Bar #05973)
        704 East McBee Avenue
        Greenville, SC 29601
        Telephone: (864) 242-4899
        Facsimile: (864) 242-4844
        Email: dudley@conlaw.com

        *Associate Counsel:*

        BURKE, WARREN, MACKAY &
        SERRITELLA, P.C.

        Aaron H. Stanton (ARDC: 6244251)
        *Pro hac vice*
        astanton@burkelaw.com
        Eric P. VanderPloeg (ARDC: 6310377)
        *Pro hac vice*
        evanderploeg@burkelaw.com
        330 N. Wabash Ave., 21st Floor
        Chicago, Illinois 60611
        Telephone: (312) 840-7000
        Facsimile: (312) 840-7900

        Attorneys for Intervening Plaintiff,
        Chicago Transit Authority Retiree Health Care
        Trust

March 26, 2019
Greenville, South Carolina