# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan, | |
| Plaintiffs, | Case No.: 8:16-cv-03604-DCC-JDA |
| and | |
| Chicago Transit Authority Retiree Health Care Trust; and the Board of Trustees for the Chicago Transit Authority Retiree Health Care Trust; | |
| Intervenor Plaintiffs, | |
| v. | |
| Dilworth Paxson, LLP, et al., | |
| Defendants. | |

## INTERVENOR PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT JOHN GALANIS

PLEASE TAKE NOTICE that the undersigned, as attorneys for the Intervenor Plaintiffs, requests that the Clerk of Court enter Defendant John Galanis in default pursuant to Rule 55(a), Federal Rules of Civil Procedure, on the grounds that the Defendant John Galanis has failed to plead or otherwise defend the above action as required, and within the time period allowed, by the Federal Rules of Civil Procedure and, as a result, Defendant John Galanis is in default.

This request is further based on the pleadings, the applicable law, and the Affidavit of Thomas E. Dudley, III attached hereto.

Respectfully submitted,

KENISON, DUDLEY & CRAWFORD, LLC

/s/ Thomas E. Dudley, III
Thomas E. Dudley, III (District Court Bar #05973)
704 East McBee Avenue
Greenville, SC 29601
Telephone: (864) 242-4899
Facsimile: (864) 242-4844
Email: dudley@conlaw.com

*Associate Counsel:*

BURKE, WARREN, MACKAY & SERRITELLA, P.C.

Aaron H. Stanton (ARDC: 6244251)
*Pro hac vice*
astanton@burkelaw.com
Eric P. VanderPloeg (ARDC: 6310377)
*Pro hac vice*
evanderploeg@burkelaw.com
330 N. Wabash Ave., 21st Floor
Chicago, Illinois 60611
Telephone: (312) 840-7000
Facsimile: (312) 840-7900

Attorneys for Intervening Plaintiff,
Chicago Transit Authority Retiree Health Care Trust

March 26, 2019
Greenville, South Carolina