UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan,<br><br>　　　　　Plaintiffs,<br><br>　and<br><br>Chicago Transit Authority Retiree Health Care Trust,<br><br>　　　　　Intervening Plaintiff.<br>　v.<br><br>Dilworth Paxson, LLP, LLP, et al.,<br><br>　　　　　Defendants. | Civil Action No. 8:16-cv-03604-DCC-JDA<br><br>**CHICAGO TRANSIT AUTHORITY RETIREE HEALTH CARE TRUST'S RULE 41 NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO WEALTH ASSURANCE AG** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Intervenor Plaintiff the Chicago Transit Authority Retiree Health Care Trust hereby dismisses its claims against Defendant Wealth Assurance AG <u>without prejudice</u>.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　KENISON, DUDLEY & CRAWFORD, LLC

　　　　　　　　　　　　　　　　　　s/Thomas E. Dudley, III
　　　　　　　　　　　　　　　　　　Thomas E. Dudley, III (District Bar No.: 05973)
　　　　　　　　　　　　　　　　　　704 East McBee Avenue
　　　　　　　　　　　　　　　　　　Telephone:  (864) 242-4899
　　　　　　　　　　　　　　　　　　Facsimile:  (864) 242-4844
　　　　　　　　　　　　　　　　　　Email:  dudley@conlaw.com

　　　　　　　　　　　　　　　　　　*Associate Counsel:*

　　　　　　　　　　　　　　　　　　BURKE, WARREN, MACKAY & SERRITELLA, P.C.

　　　　　　　　　　　　　　　　　　Aaron H. Stanton (ARDC: 6244251)
　　　　　　　　　　　　　　　　　　*Pro hac vice*

                                        astanton@burkelaw.com
                                        Eric P. VanderPloeg (ARDC: 6310377)
                                        *Pro hac vice*
                                        evanderploeg@burkelaw.com
                                        330 N. Wabash Ave., 21st Floor
                                        Chicago, Illinois 60611
                                        Telephone: (312) 840-7000
                                        Facsimile: (312) 840-7900

                                        Attorneys for Intervening Plaintiff,
                                        Chicago Transit Authority Retiree
                                        Health Care Trust

April 4, 2019