# EXHIBIT 1



Haynsworth Sinkler Boyd, PA
PO Box 2048
Greenville, SC 29602

Attention JW Matthews III

Email  awillins@applebyglobal.com

Direct Dial  +1 284 393 5323
Direct Fax  +1 284 494 7279
Tel  +1 284 393 4742
Fax  +1 284 494 7279

Your Ref

Appleby Ref  AW/AW

By Courier
22 February 2017

Dear Sirs

**Hugh Dunkerley**

We are writing on behalf of Valor Group Limited (**Valor**) which has learned that Hugh Dunkerley was erroneously served, purportedly as an individual authorised to accept service on behalf of Valor, with a Summons and Complaint filed by the Michelin Retirement Plan (**Michelin**).

Shortly after the filing of a complaint in *S.E.C. v. Atlantic Asset Management*, 15-cv-09764 (WHP), Hugh Dunkerley resigned from all of his positions within Valor. The result is that he is not employed by, and does not hold any position, with Valor and he is not authorised to accept service of any legal filings on behalf of Valor.

It follows that if Valor was purportedly served with a Summons and Complaint by Michelin by delivery to Mr Dunkerley, such service is defective.

Yours faithfully

*[signature]*

**APPLEBY**

British Virgin Islands
Office
Jayla Place
Wickhams Cay 1
PO Box 3190
Road Town
Tortola
British Virgin Islands
VG 1110

1308804v2

Bermuda ■ British Virgin Islands ■ Cayman Islands ■ Guernsey ■ Hong Kong ■ Isle of Man ■ Jersey ■ Mauritius ■ Seychelles ■ Shanghai

| | |
|---|---|
| **From:** | webshipping@dhl.com |
| **To:** | Toi King |
| **Subject:** | DHL WEB SHIPPING PREALERT ADVISORY |
| **Date:** | Thursday, February 23, 2017 3:17:51 PM |

DHL EXPRESS
SHIPMENT ADVISORY

The following 1 piece(s) have been sent by Toi King
from Appleby via DHL Express on 02-23-2017 via AWB# 7721708352

If you wish to track this(these) shipment(s) please contact your local
DHL customer service office or visit the DHL Web Site at
www.dhl.vg

If you have a Web-enabled mail reader, click the link below to view shipment tracking
details:

http://www.dhl.com/cgi-bin/tracking.pl?AWB=7721708352

SHIPMENT TO:
Haynsworth Sinkler Boyd, PA
JW Matthews III
N/A ONE North Main
2nd Floor
GREENVILLE
SC
29602
United States Of America


SHIPMENT FROM:
Appleby
Toi King
Wickhams Cay 1
Jayla Place 4th Floor

TORTOLA


Virgin Islands (British)


SHIPMENT CONTENTS:
Letter


SHIPPER REFERENCE:
AW/Wasty


ADDITIONAL MESSAGE FROM SHIPPER:


RECAP

AWB:7721708352  
WEIGHT:1.0  
PIECES:1  
CONTENTS:Letter  
REF:AW/Wasty  

Thank you for requesting DHL Express for your delivery needs



```
DHL EXPRESS
COLUMBUS CENTER BLDG.,
WICKHAMS WAY, PO BOX 3255
ROADTOWN TORTOLA, TORTOLA
1284-494-4659
```

                                        INVOICE

```
APPLEBY                                         ACCOUNT NO.:           963913513
P.O.BOX 3190                                    SEQUENCE NO:           RTH016294
NO. 56 ADMIN DRIVE                              INVOICE DATE:          28/02/2017
ROAD TOWN VG1110                                PAGE NO.:                      3
TORTOLA                                         DUE DATE               30/03/2017
```

| DATE: ORIG | AWB | DEST | PIECES | WEIGHT | CHARGES | DISCOUNT TYPE | TAXES | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 23/02 RTH | 7721708352 | GSP | 1 | 1.00 B | 57.84 | -28.92  W | | 28.92 |
| | EXTENDED LIABILITY | | | | 4.00 | | | 4.00 |
| | FUEL SURCHARGE | | | | 1.88 | -0.94  W | | 0.94 |

```
    PROD EXPRESS WORLDWIDE doc
REFERENCE:              AW/WASTY
SHPR:      TOI KING                         CNEE:   JW MATTHEWS III
           APPLEBY                                  HAYNSWORTH SINKLER BOYD, PA
           WICKHAMS CAY 1                           N/A ONE NORTH MAIN
           JAYLA PLACE 4TH FLOOR                    2ND FLOOR
           TORTOLA VG1110                           GREENVILLE 29602
           TORTOLA                                  SC
Sub Total           * 7721708352        1    1.00      63.72     -29.86              33.86
```

                                                                    To be Continued