# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan,<br><br>and<br><br>Chicago Transit Authority Retiree Health Care Trust,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Dilworth Paxson, LLP, et al.,<br><br>　　　　　Defendants. | Case No. 6:16-CV-03604-DCC-JDA<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE BY THE MICHELIN RETIREMENT PLAN AND THE INVESTMENT COMMITTEE OF THE MICHELIN RETIREMENT PLAN AS TO GARY T. HIRST** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan hereby stipulates and agrees to dismiss Defendant Gary T. Hirst from this case without prejudice.

　　　　　　　　　　　　　　　　s/ J. Derrick Quattlebaum
　　　　　　　　　　　　　　　　J. Derrick Quattlebaum (Fed ID No. 5252)
　　　　　　　　　　　　　　　　Steve A. Matthews (Fed ID No. 5119)
　　　　　　　　　　　　　　　　J.W. Matthews III (Fed ID No. 7699)
　　　　　　　　　　　　　　　　Denny P. Major (Fed ID No. 10225)
　　　　　　　　　　　　　　　　HAYNSWORTH SINKLER BOYD, P.A.
　　　　　　　　　　　　　　　　ONE North Main, 2nd Floor
　　　　　　　　　　　　　　　　Greenville, SC 29601-2772
　　　　　　　　　　　　　　　　T: 864-240-3200

　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs The Michelin Retirement Plan and the Investment Committee of the Michelin Retirement Plan*

　　　　　　　　　　　　　　　　Dated: 01/28/2020