EXHIBIT B

EXHIBIT B

AFFIDAVIT

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot afford to hire an attorney. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct to the best of my knowledge. (28 U.S.C. §1746; 18 U.S.C. §1621.)

Date: 1/23/2020                    Signed: _____
                                           Gary T. Hirst

ASSETS:

Total cash and accounts:       $115.90
Vehicles:                      None
Real Estate:                   None
Other assets: hygiene supplies, tennis shoes, sweat suit, radio, commissary items: estimated value less than $300 and were purchased using gifts or loans from family members.

INCOME:
Loans and gifts from family and program fees: Average $85/month.