UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| The Michelin Retirement Plan and The Investment Committee of the Michelin Retirement Plan,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Chicago Transit Authority Retiree Health Care Trust and Board of Trustees of the Chicago Transit Authority Retiree Health Care Trust,<br><br>　　　　　　　Intervening Plaintiffs,<br><br>v.<br><br>Dilworth Paxson LLP, BFG Socially Responsible Investments Ltd, Burnham Financial Group Inc, Burnham Securities Inc, COR Fund Advisors LC, GMT Duncan LLC, Greenberg Traurig LLP, Thorsdale Fiduciary and Guaranty Company Ltd, US Bank National Association, Valor Group Ltd, Wakpamni Lake Community Corp., Wealth Assurance AG, Wealth Assurance Private Client Corporation, Timothy B Anderson, Jon Michael Burnham, Devon D Archer, Bevan T Cooney, Hugh Dunkerly, Jason W Galanis, John P Galanis, Gary T Hirst, Frankie D Hughes, and Michelle A Morton,<br><br>　　　　　　　　　Defendants. | Civil Action No. 6:16-cv-3604-DCC<br><br>**NOTICE OF APPEARANCE** |

TO:　THE CLERK OF COURT AND COUNSEL OF RECORD

　　　Clarence Davis of the law firm of Griffin Davis LLC provides notice that he hereby appears as counsel of record on behalf of Defendant Wakpamni Lake Community Corp. in the above-captioned matter.

Respectfully submitted,

s/Clarence Davis
Clarence Davis (D.S.C. No. 433)
Griffin Davis LLC
Post Office Box 999
Columbia, South Carolina 29202
Telephone: 803-744-0800
Facsimile: 803-744-0805
cdavis@griffindavislaw.com

Columbia, South Carolina
January 28, 2021

*Counsel for Wakpamni Lake Community Corp.*